AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

|  |  |
|---|---|
| DOLORES ASTACIO, KINETTA BERRY, PETERLYNN JAMES, and ADRIAN SALAS, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and LOUISE CARROLL,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  

The City of New York          New York City Dept.           Louise Carroll, Commissioner
NYC Law Department         of Housing Preservation       New York City Dept. of Housing
100 Church Street                100 Gold Street                     Preservation
New York, NY 10007            New York, NY 10038            100 Gold Street
                                                                                    New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John O'Hara, Esq.                The Sultzer Law Group P.C.       Hale & Monico, LLC               Kelly & Grossman, LLP
579 61st Street, Apt. 2-I       Jason P. Sultzer, Esq.                    Arthur G. Larkin, Esq.           Dennis Kelly, Esq.
Brooklyn, NY 11220             85 Civic Center Plaza, Suite 200   The Woolworth Building        1248 Montauk Highway
                                             Poughkeepsie, NY 12601               233 Broadway, Ste. 820      West Islip, NY 11795
                                                                                                   New York, NY 10279

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                                    _____
                                                                                                    *Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: