UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

DOLORES ASTACIO, KINETTA BERRY,
PETERLYNN JAMES, and ADRIAN SALAS,
Individually and On Behalf of All Others Similarly
Situated,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| - against - |  |
| THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and LOUISE CARROLL, | 19-cv-6862 (ENV)(CLP) |
| Defendant(s). |  |

-----------------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

       **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Darren Trotter, appears as counsel for defendants THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ("HPD"), and LOUISE CARROLL in her official capacity as Commissioner of HPD, and requests to receive notice of all docket events via the electronic Case Filing system.  I certify that

I am admitted to practice before this Court.

Dated:          New York, New York
                May 27, 2020

                                        JAMES E. JOHNSON
                                        Corporation Counsel of
                                            the City of New York
                                        Attorney for Defendants
                                        100 Church Street
                                        New York, New York 10007
                                        Email: dtrotter@law.nyc.gov
                                        Tel: (212) 356-1662


                                        By:    _____/s/_____
                                               Darren Trotter
                                               Assistant Corporation Counsel


VIA ECF TO:

Attorneys of Record