UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

DOLORES ASTACIO, KINETTA BERRY, PETERLYNN JAMES, and ADRIAN SALAS, Individually and On Behalf of All Others Similarly Situated,

                                Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT and LOUISE CARROLL,

                                Defendants.

-------------------------------------------------------------------------- x

**NOTICE OF MOTION**

19-CV-06862 (ENV)(CLP)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Darren Trotter, dated June 25, 2020, and the exhibits attached thereto; the accompanying Memorandum of Law in support of this motion, dated June 25, 2020; and upon the pleadings herein, the undersigned will move this Court on behalf of defendants the City of New York, New York City Department of Housing Preservation and Development ("HPD"), and Louise Carroll (collectively "defendants"), before the Honorable Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a time set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that in the event that this motion is denied, in whole or in part, defendants respectfully request thirty (30) days from docketing of the order denying the motion in which to answer the Complaint.

Dated:       New York, New York
                June 25, 2020

                JAMES E. JOHNSON
                Corporation Counsel of the City of New York
                Attorney for City Defendants
                100 Church Street
                New York, New York 10007
                (212) 356-1662

                /s/ *Darren Trotter*
                Darren Trotter
                Assistant Corporation Counsel

**By Email**:

**Adam Richard Gonnelli**
The Sultzer Law Group
85 Civic Center Plaza
Suite 104
Poughkeepsie, NY 12601
845-483-7100
Fax: 888-749-7747
Email: gonnellia@thesultzerlawgroup.com

**Arthur G Larkin**
Hale & Monico, LLC
233 Broadway
Suite 820
New York, NY 10279
646-858-1180
Fax: 646-858-1180
Email: alarkin@ahalelaw.com

**Jason P. Sultzer**
The Sultzer Law Group
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
845-483-7100
Email: sultzerj@thesultzerlawgroup.com

**Jeremy Bradford Francis**
The Sultzer Law Group
270 Madison Avenue
Suite 1800
New York, NY 10016
212-969-7812
Fax: 888-749-7747
Email: francisj@thesultzerlawgroup.com