

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Darren Trotter**
**Administrative Law Division**
**Phone: (212) 356-1662**
**Fax:  (212) 356-2019**
**dtrotter@law.nyc.gov**

October 16, 2020

**BY ECF**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Astacio, et al. v. The City of NewYork, et al.,
19-cv-6862 (ENV)(CLP)

Dear Judge Vitaliano:

This office represents defendants, the City of New York, the New York City Department of Housing Preservation and Development ("HPD") and Louise Carroll in her official capacity as Commissioner of HPD, in the above-referenced action. In accordance with Rule III(D) of Your Honor's Individual Practices, I write to specify each document filed on the Electronic Case Filing system in connection with defendants' motion to dismiss the Complaint.

On October 16, 2020, the undersigned filed the following documents on the Electronic Case Filing system:

- Defendants' Notice of Motion to Dismiss the Complaint (Dkt. No. 24);

- Declaration of Darren Trotter in Support of Defendants' Motion to Dismiss the Complaint and Exhibits (Dkt. No. 25);

- Defendants' Memorandum of Law in Support of Motion to Dismiss (Dkt. No. 26);

- Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint (Dkt. No. 27);

- Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss the Complaint (Dkt. No. 28).

Respectfully submitted,

/s/

Darren Trotter

cc:

Honorable Judge Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attorneys of Record (by ECF)