UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOLORES ASTACIO, KINETTA BERRY,
PETERLYNN JAMES, and ADRIAN SALAS,
Individually and On Behalf of All Others Similarly
Situated,

                    Plaintiffs,                JUDGMENT

v.                                         19-CV-06862 (ENV)(CLP)

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT and LOUISE CARROLL,

                    Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 21, 2023; granting defendants' motion to dismiss in full; it is

       ORDERED and ADJUDGED that defendants' motion to dismiss is granted in full; and that judgment is hereby entered in favor of defendants.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       September 29, 2023                                        Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk